## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

CHANDA TAYLOR,

        Plaintiff,

    v.

CITY OF WALTHOURVILLE, GEORGIA,

        Defendant.

CIVIL ACTION NO.: 4:21-cv-259

## **O R D E R**

Before the Court is a Stipulation of Dismissal With Prejudice signed and filed by counsel for Plaintiff and counsel for Defendant on March 24, 2022, wherein the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own costs.  (Doc. 22.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action **WITH PREJUDICE**, with each party to bear its own costs.  The Clerk is hereby authorized and directed to **CLOSE** this case.

    **SO ORDERED**, this 28th day of March, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA